

PAUL S. BRENNER
ATTORNEY AT LAW
401 BROADWAY, SUITE 306
NEW YORK, NY 10013
(212) 431-4880
FAX (212) 966-0588
boomer401@aol.com

April 6, 2009

Hon. Katharine Sweeney Hayden
U.S. District Judge-U.S. District Court
District of New Jersey
United States Courthouse
Federal Square
Newark, NJ 07102

RE: *U.S. v Cory Emanuel*
06-Cr-00911

Your Honor,

I write this letter to you in regards to my client Cory Emanuel who is presently on home arrest awaiting sentencing before Your Honor. Mr. Emanuel would like to go to the gym 3 hours a day, seven days a week to stay in shape. I most respectfully request that you grant this request.

I have talked to AUSA Dave Malagold and pre-trial services officer Bill Sobchick. Both have no objection to this request.

*Request Granted*

Respectfully,

PAUL S. BRENNER

PSB/iel
Via ECF

SO ORDERED
4/7/09
Katharine S. Hayden
USDJ